CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ELENA MANCIA MANCIA, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, <br><br> Defendant. | Case No. 3:24-cv-08065 TSH <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS;** [PROPOSED] **ORDER** |

    The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On June 17, 2025, the Court granted the parties' request to stay proceedings until November 20, 2025, to allow time for the agency to complete adjudication of Plaintiff's asylum application. Dkt. No. 13. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on July 23, 2025. Following Plaintiff's asylum interview, USCIS is reviewing the case and needs additional time to complete adjudication. The parties agree to a brief continuance to allow USCIS to complete these remaining steps.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report and Stipulation
C 3:24-cv-08065 TSH               1

December 22, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 20, 2025

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: November 20, 2025

/s/ Kevin M. Crabtree
KEVIN M. CRABTREE
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until December 22, 2025.

Date: November 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.