CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ELENA MANCIA MANCIA, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security,<br><br>Defendant. | Case No. 3:24-cv-08065 TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 29, 2025, the Court granted the parties' request to stay proceedings. Dkt. No. 19.  On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed February 20, 2026).  Per the memorandum, within 90-days after issuance of the memorandum, USCIS will issue operational guidance.

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report and Stipulation
C 3:24-cv-08065 TSH                         1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 6, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 20, 2026                    Respectfully submitted,[2]

                                            CRAIG H. MISSAKIAN
                                            United States Attorney


                                             /s/ Molly A. Friend
                                            MOLLY A. FRIEND
                                            Assistant United States Attorney
                                            Attorneys for Defendant


Dated: February 20, 2026                    /s/ Kevin M. Crabtree
                                            KEVIN M. CRABTREE
                                            Attorney for Plaintiffs


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until April 6, 2026.


Date: February 20, 2026

                                            THOMAS S. HIXSON
                                            United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 3:24-cv-08065 TSH                         2