CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ELENA MANCIA MANCIA, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN[1], Secretary,<br>Department of Homeland Security,<br><br>Defendant. | Case No. 3:24-cv-08065 TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On April 7, 2026, the Court granted the parties' request to stay proceedings. Dkt. No. 23.  On May 15, 2026, United States Citizenship and Immigration Services adjudicated Plaintiff Mancia Mancia's Form I-589 application.  Plaintiff's counsel needs additional time to review the decision to determine how to proceed.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 4, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report and Stipulation
C 3:24-cv-08065 TSH                    1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 29, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: May 29, 2026

*/s/ Kevin M. Crabtree*
KEVIN M. CRABTREE
Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until August 4, 2026.

Date: June 1, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 3:24-cv-08065 TSH                    2